*Campos, et al. v. BKUK 3 Corp., et al., 18 Civ. 4036 (JGK) (S.D.N.Y.) / Macancela, et al. v. Kukaj, et al., 18 Civ. 7505* (JGK)

*Return Mail Only*
CAMPOS V BKUK (303)
PO BOX 23369
JACKSONVILLE, FL 32241-3369

Notice ID: 10423433
PIN: 648 588 166

23818-FC-000250
*Postal Service: Please do not mark barcode*

*INDICATE ANY NAME/ADDRESS CHANGE BELOW:*

RODOLFO VAZQUEZ
[redacted]

## CONSENT TO BECOME A PARTY PLAINTIFF

PLEASE RETURN THIS FORM FOR FILING WITH THE COURT BY OCTOBER 14, 2019 TO:

**CAMPOS V BKUK**
**PO BOX 23369**
**JACKSONVILLE, FL 32241-3369**

**Questions? Please call Pelton Graham at (212) 385-9700 or The Howley Firm at (212) 601-2728.**

By my signature below, I hereby authorize the filing and prosecution of the above styled Fair Labor Standards Act action in my name and on my behalf by the representative plaintiffs Abraham Campos, Eder Gordillo, Paulino Carpintero, Samuel Herrera, Yoni de los Santos, Bryan Macancela, Cristian Asitimbay, Mario Asitimbay, Edison Macancela, Milton Quizhpilema, Julio Eduardo Yunga, Vladimir Yunga, Felipe Vega-Loyola, Victor Gonzalez, Juan Agapito Carranza, Rogelio de Jesus Santos, Diego Estrada Cortez and Jose Vazquez Reyes as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation and all other matters pertaining to this lawsuit. I understand that if I return this form to Pelton Graham LLC or The Howley Firm, P.C., I will be represented by them without prepayment of costs or attorneys' fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that my attorneys may petition the court for an award of fees and costs to be paid by defendants on my behalf. I understand that the amount of the fees will be approximately 1/3 of my total settlement or judgment, or such other amount as approved by the Court.

[signature] Signature | 10/3/1971 Date (MM-DD-YYYY) | Rodolfo Vazquez Perez Printed Name

[redacted] Employment Start Date (MM-DD-YYYY) | [redacted] Employment End Date (MM-DD-YYYY)

[redacted] Email Address

[redacted] Phone Number

*Questions? Please call Pelton Graham at (212) 385-9700 or The Howley Firm at (212) 601-2728.*

*Administrator Use Only - Do not write below this line*

*10423433*
303

303
CAMPOS V BKUK
Claim 100011

RECEIVED
SEP 09 2019
American Legal Claims
Received

Postmark

81e8aaae

P: 061

QC:

Numero de Aviso: 10423433

PIN: 648 588 166

***INDIQUE CUALQUIER CAMBIO DE NOMBRE/DOMICILIO:***

RODOLFO VAZQUEZ
[redacted]

## CONSENTIMIENTO PARA HACERSE PARTE DEMANDANTE

**POR FAVOR RETORNE ESTE FORMATO PARA SER PRESENTADO ANTE LA CORTE ANTES DEL DIA 14 DE OCTUBRE DE 2019 A:**

**CAMPOS V BKUK**

**PO BOX 23369**
**JACKSONVILLE, FL 32241-3369**

**Preguntas? Por favor llame Pelton Graham a (212) 385-9700 o The Howley Firm a (212) 601-2728.**

Por mi firma aquí autorizo la presentación y prosecución de la demanda arriba mencionada bajo la Ley Federal de Normas Justas de Trabajo, en mi nombre y representación por parte de los demandantes representativos Abraham Campos, Eder Gordillo, Paulino Carpintero, Samuel Herrera, Yoni de los Santos, Bryan Macancela, Cristian Asitimbay, Mario Asitimbay, Edison Macancela, Milton Quizhpilema, Julio Eduardo Yunga, Vladimir Yunga, Felipe Vega-Loyola, Víctor González, Juan Agapito Carranza, Rogelio de Jesús Santos, Diego Estrada Cortez y José Vázquez Reyes y los designo como mis agentes para tomar decisiones en mi nombre y representación respecto de este litigio, el método y la forma de conducir este proceso y todas aquellas cuestiones pertinentes a esta demanda. Yo entiendo que si retorno este formato a Pelton Graham LLC o a The Howley Firm P.C., yo estaré representado por ellos sin pago anticipado de costas procesales y honorarios profesionales. Yo entiendo que, si los demandantes tienen éxito, las costas desembolsadas por los abogados en mi nombre serán deducidas primero del valor de mi porción del acuerdo de conciliación o de la sentencia condenatoria. Yo entiendo que mis abogados podrán solicitar a la corte que les sean otorgados sus honorarios profesionales y costas procesales y que estas sean pagadas por los demandados en mi nombre. Yo entiendo que el total de los honorarios será aproximadamente 1/3 del total del acuerdo de conciliación o de la sentencia condenatoria, o cualquier otro monto que sea aprobado por la Corte.

Firma | Fecha (Mes-Día-Año) | Nombre

- -
Fecha de Inicio de Empleo (Mes-Día-Año)

- -
Fecha Terminación de Empleo (Mes-Día-Año)

Correo Electrónico

- -
Teléfono

***Questions? Please call Pelton Graham at (212) 385-9700 or The Howley Firm at (212) 601-2728.***

***Uso del Administrador Solamente - No escriba debajo de esta linea***

*10423433*

303

*Postmark* *Received*

81e8aaae P: QC: