```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**ABRAHAM CAMPOS et al.,**

               **Plaintiffs,**

                                                  **18-cv-4036 (JGK)**

      **- against -**

                                                    **ORDER**

**BKUK 3 CORPORATION et al.,**
.

               **Defendants.**

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

     The parties should provide a status report and Rule 26(f) report by May 1, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **April 17, 2020**           ___/s/ John G. Koeltl_____
                                            **John G. Koeltl**
                                 **United States District Judge**