**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――
**ABRAHAM CAMPOS, ET AL.,**

        Plaintiffs,        18-cv-4036 (JGK)

   - against -
                                         <u>ORDER</u>
**BKUK 3 CORPORATION, ET AL.,**

        Defendants.
―――――――――――――――――――――――――――――――
**BRYAN MACANCELA, ET AL.,**

        Plaintiffs,        18-cv-7507 (JGK)

   - against -                  <u>ORDER</u>

**BESIM KUKAJ, ET AL.,**

        Defendants.
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The plaintiffs in each case should electronically file proposed Certificates of Default and supporting declarations on ECF, so that the Clerk's Office may issue Certificates of Default on the ECF system.

After the Clerk's Office issues Certificates of Default, the plaintiffs in each case should electronically file on ECF (1) a proposed Order to Show Cause; (2) an attorney's affidavit stating why a default judgment is appropriate; and (3) a proposed default judgment plus statement of damages.

Proposed Orders to Show Cause should contain the following text:

"The defendants shall respond in writing to this Order to Show Cause for a default judgment by _____. If the defendants fail to respond by that date, judgment may be entered against them and the defendants will have no trial. The plaintiff may reply by _____.

The plaintiff shall serve a copy of this Order to Show Cause by _____ and shall file proof of service by _____. No personal appearances are required in connection with this Order to Show Cause."

**SO ORDERED.**

**Dated:    New York, New York**
           **May 18, 2020**             _____/s/ John G. Koeltl_____
                                                  **John G. Koeltl**
                                       **United States District Judge**