IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM CAMPOS, EDER GORDILLO, PAULINO CARPINTERO, SAMUEL HERRERA and YONI DE LOS SANTOS, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>-against-<br><br>BKUK 3 CORPORATION d/b/a LA CARBONARA, BKUK 5 CORPORATION d/b/a LIMON JUINGLE, BKUK 6 CORPORATION d/b/a GALLO NERO, BKUK 7 CORPORATION d/b/a EL GALLO DE ORO, BKUK 8 CORPORATION d/b/a SERENATA, 9th AVE. LIME JUNGLE, INC. d/b/a LIMON JUNGLE, B & R SORRENTO CORP. d/b/a INTERMEZZO, PIO RESTAURANT, LLC d/b/a LUNA PIENA, ZUCCA TRATTORIA INC. d/b/a TAQUERIA MEZ-A AND GALLO NERO III and BESIM KUKAJ, Jointly and Severally,<br><br>                    Defendants. | 18 Civ. 4036 (JGK)<br><br>ORDER TO SHOW CAUSE TO STRIKE ANSWER and FOR DEFAULT JUDGMENT |
| BRYAN MACANCELA, CRISTIAN ASITIMBAY, MARIO ASITIMBAY, EDISON MACANCELA, MILTON QUIZHPILEMA, EDUARDO YUN GA, VLADIMIR YUNGA, FELIPE VEGA-LOYOLA, VICTOR GONZALEZ, JUAN AGAPITO CARRANZA, ROGELIO DE JESUS SANTOS, DIEGO A. ESTRADA CORTEZ, and JOSE VAZQUEZ REYES, individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>-vs-<br><br>BESIM KUKAJ d/b/a BKUK GROUP and BKUK NYC Restaurant Group, BKUK CORPORATION d/b/a Cara Pia, BKUK 1 CORP. d/b/a Pecorino | 18 Civ. 7507 (JGK) |

1

| |
|---|
| **Pizzeria, BKUK 3 Corp. d/b/a La Carbonara, BKUK 5 CORP., BKUK 6 CORP. d/b/a Gallo Nero, BKUK 7 CORP. d/b/a Gallo Nero II and El Gallo de Oro, BKUK 8 CORP. d/b/a Serenata Mexican Restaurant, BKUK 9 CORP. d/b/a Lime Jungle Empanadas, BKUK 10 CORP. d/b/a Cara Mia and Cara Mia 2, ZUCCA TRATTORIA INC. d/b/a Taqueria Mez-A and Gallo Nero, PIO RESTURANT LLC d/b/a Luna Piena, 9TH AVENUE LIME JUNGLE INC. d/b/a Limon Jungle, B & R SORRENTO CORP. d/b/a Intermezzo, 319 WEST 51ST ST. RESTAURANT CORP. a/k/a 319 W 51st St Inc. d/b/a Maria Pia Restaurant and GALLO NERO W 44TH INC. d/b/a Gallo Nero,** |
| **Defendants.** |

Upon the affidavit of Brent E. Pelton, Esq. sworn to on May 14, 2020 and the exhibits annexed thereto and other materials filed therewith, and upon all prior papers and proceedings filed herein, it is hereby

ORDERED that the defendants shall respond in writing to this Order to Show Cause for a default judgment by **August 3, 2020**. If the defendants fail to respond by that date, judgment may be entered against them and the defendants will have no trial. The plaintiff may reply by **August 7, 2020**. The plaintiff shall serve a copy of this Order to Show Cause by **July 27, 2020** and shall file proof of service by **July 31, 2020**. No personal appearances are required in connection with this Order to Show Cause.

It is further ORDERED that a copy of this Order, together with the Plaintiffs' supporting memorandum of law, affidavit and exhibits shall be served on the Besim Kukaj by overnight mail, one-day receipt requested at Defendant Kukaj's last known address.

It is further ORDERED that one (1) copy of this Order, together with the Plaintiffs' supporting memorandum of law, affidavit and exhibits, shall be served on the Corporate

2

Defendants by overnight mail, one-day receipt requested at 803 9th Avenue, New York, New York 10019, the last known active address for the Corporate Defendants.

It is further ORDERED that service of a copy of this Order upon the Corporate Defendants be made via the New York Secretary of State at the most current address listed for the entities by the New York State Department of State, Division of Corporations and shall be deemed good and sufficient service thereof.

DATED this __21_ day of ___July_____, 2020
New York, NY

**SO ORDERED:**

_____/s/ John G. Koeltl_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE