```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

| | |
|---|---|
| ABRAHAM CAMPOS, ET AL., | |
| Plaintiffs, | 18 cv 4036 (JGK) |
| - against - | <u>ORDER</u> |
| CORY HARRIS, ET AL., | |
| Defendants. | |

―――――――――――――――――――――――――――――

| | |
|---|---|
| BRYAN MACANCELA, ET AL., | |
| Plaintiffs, | 18 cv 7507 (JGK) |
| - against - | |
| BESIM KUKAJ, ET AL., | |
| Defendants. | |

―――――――――――――――――――――――――――――

| | |
|---|---|
| ANTONIO IVAN CAMPOS MARIN, ET AL., | |
| Plaintiffs, | 19 cv 569 (JGK) |
| - against - | |
| J&B 693 CORPORATION, ET AL., | |
| Defendants. | |

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

These cases are referred to the Magistrate Judge for a Report and Recommendation on the Applications for Default Judgments, and if appropriate, the inquests on damages.

**SO ORDERED.**

Dated:   New York, New York
         August 20, 2020

                                     ___/s/ John G. Koeltl_____
                                         John G. Koeltl
                                  **United States District Judge**