```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**ABRAHAM CAMPOS, et al.,**                 18 Civ. 4036 (JGK)

        Plaintiffs,                 <u>ORDER</u>

   - against -

**BKUK 3 CORP. D/B/A LA CARBONARA, et al.,**

        Defendants.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Parker dated August 10, 2021. No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and should be adopted. Accordingly, the Court adopts the Report and Recommendation.

The plaintiffs are directed to submit a proposed judgment within five days. The defendants may submit any response three days thereafter.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 30, 2021**

                                            /s/ John G. Koeltl
                                                John G. Koeltl
                                        **United States District Judge**