```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| ABRAHAM CAMPOS, ET AL.,<br>                Plaintiffs,<br><br>- against -<br><br>BESIM KUKAJ D/B/A BKUK GROUP D/B/A<br>BKUK NYC RESTAURANT GROUP, ET AL.,<br>                DEFENDANTS. | 18-cv-4036 (JGK)<br><br>18-cv-7507<br>(consolidated case)<br><br>ORDER |
| BRYAN MACANCELA, ET AL.,<br>                Plaintiffs,<br><br>- against -<br><br>BKUK 3 CORPORATION D/B/A LA<br>CARBONARA, ET AL.,<br>                DEFENDANTS. | |

JOHN G. KOELTL, District Judge:

    The Plaintiffs-Judgment Creditors should serve a copy of their motion for turnover, ECF No. 171, on defendant Besim Kukaj by sending a copy to his last-known address and to his last-known counsel in this case by **December 1, 2023,** and file proof of service by **December 6, 2023**. The time to respond is **January 5, 2024**. The time to reply is **January 12, 2024**.

SO ORDERED.

Dated:    New York, New York
            November 27, 2023

                                        John G. Koeltl
                                   United States District Judge