UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABRAHAM CAMPOS, ET AL.,

                Plaintiffs,           18-cv-4036 (JGK)

    - against -                     18-cv-7507
                                             (consolidated case)

BESIM KUKAJ D/B/A BKUK GROUP D/B/A
BKUK NYC RESTAURANT GROUP, ET AL.,
                DEFENDANTS.       ORDER

---

BRYAN MACANCELA, ET AL.,

                Plaintiffs,

    - against -

BKUK 3 CORPORATION D/B/A LA
CARBONARA, ET AL.,
                DEFENDANTS.

---

JOHN G. KOELTL, District Judge:

    The time for the defendants to respond to the plaintiffs' turnover motion was extended to February 2, 2024. See ECF No. 178. To date, no response has been filed. The plaintiffs' request that this Court grant the plaintiffs' turnover motion is well founded and unopposed. See ECF No. 179.

    The plaintiffs are directed to submit a proposed order by **February 12, 2024.** Any opposition is due five days thereafter.

SO ORDERED.

Dated:    New York, New York
           February 5, 2024

                                                John G. Koeltl
                                         United States District Judge