UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM CAMPOS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Besim Kukaj d/b/a Bkuk Group d/b/a Bkuk NYC  Restaurant Group et al.,<br><br>Defendants. | No.: 18 Civ. 4036 (JGK) (KHP)<br>(consolidated case) |

| | |
|---|---|
| BRYAN MACANCELA et al.<br><br>Plaintiffs,<br><br>v.<br><br>BKUK 3 Corp. d/b/a La Carbonara et al.,<br><br>Defendants. | No.: 18 Civ. 7507 (JGK)<br>(consolidated case)<br><br>**[proposed]**<br>**TURNOVER ORDER** |

TO THE SHERIFF OF ANY COUNTY OF THE STATE OF NEW YORK

WHEREAS, it appears to the satisfaction of this Court, upon Motion of Plaintiffs-Judgment Creditors for a turnover order as to Defendant-Judgment Debtor Besim Kukaj dated November 5, 2023, and there being no opposition thereto;

NOW, THEREFORE, you are authorized and commanded to execute and enforce the judgment entered herein and satisfy same to the extent possible from the membership interest in Defendant-Judgment Debtor's wholly-owned entity, DIA Empire Group LLC; and it is hereby

ORDERED, that Defendant-Judgment Debtor Besim Kukaj turn over to City New York City Marshal Stephen W. Biegel any documents evidencing his membership interest in Defendant-Judgment Debtor's wholly-owned entity, DIA Empire Group LLC, for the benefit of Plaintiffs-Judgment Creditors, such that New York City Marshal Stephen W. Biegel may sell at public auction all such rights, title, and interest in DIA Empire Group LLC to (partially) satisfy the outstanding judgment entered in favor of Plaintiffs-Judgment Creditors, in an amount up to the full Amount of the Judgment plus costs and interest.

It is further ORDERED that Defendant-Judgment Debtor Besim Kukaj shall reasonably cooperate to change the state ownership records for DIA Empire Group LLC to reflect the transfer to the purchaser at Marshal Stephen W. Biegel's auction (the "Purchaser").

It is further ORDERED that Defendant-Judgment Debtor Besim Kukaj shall not interfere with the Purchaser's possession of the property and assets owned by DIA Empire Group LLC. *Inter alia*, Kukaj may not interfere with the use of real property owned by DIA Empire Group LLC or the collection of rents therefrom.

SO ORDERED.

Dated: February 23 2024

New York, New York

John G. Koeltl

United States District Judge